764 December 17, 2025 No. 1093

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

TUALATIN MEADOWS APARTMENTS, LLC,
*Plaintiff-Respondent,*

*v.*

Cameron DOTSON
and all other occupants,
*Defendant-Appellant,*

*and*

Sydney SADLER,
*Defendant.*

Washington County Circuit Court
24LT18318; A185955

Drake Hood, Judge Pro Tempore.

Submitted October 31, 2025.

Cameron Dotson filed the brief *pro se*. Also on the brief was defendant Sydney Sadler.

Geoffrey B. Korol and Warren Allen LLP filed the brief for respondent.

Before Ortega, Presiding Judge, Joyce, Judge, and Hellman, Judge.

HELLMAN, J.

Affirmed.

**HELLMAN, J.**

In this forcible entry and detainer (FED) action, tenant, appearing *pro se*, appeals a judgment of eviction, in which the trial court awarded restitution of the premises to landlord. Although tenant's brief identifies several disagreements with how the trial court ruled, including whether the trial court properly denied various motions filed by tenant, the brief does not establish that the trial court committed any legal error in entering the judgment. Moreover, although the "appellant bears the burden of providing a record sufficient to demonstrate that error occurred," *Ferguson v. Nelson*, 216 Or App 541, 549, 174 P3d 620 (2007), tenant did not designate a transcript of the trial court proceedings as part of the record. Consequently, the record is insufficient for our review. *See Universal Ideas Corp. v. Esty*, 84 Or App 541, 544, 734 P2d 408 (1987) (explaining that the assignment of error was unreviewable where the appellant did not designate a transcript of the proceedings and the appellate arguments did not "turn solely on questions of law"); *see also* ORS 19.365(5) ("If the record on appeal is not sufficient to allow the appellate court to review an assignment of error, the appellate court may decline to review the assignment of error[.]"). Because tenant has not identified any reversible error, we affirm.

Affirmed.